**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C 08-00874 CRB |
|     Plaintiff, | **ORDER RE JUNE 5, 2009 SUBMISSION** |
|   v. | |
| DEL BIAGGIO, | |
|     Defendant. | |

The Court is in receipt of a letter dated June 5, 2009 from Lewis J. Goverman of Modern Bank, attached. Modern Bank's letter disputes certain assertions in the United States' Submission re: Loss Calculations, particularly the statement that Defendant "did not intend any loss in connection to the Predators' deal." The Court would like to hear the parties' views, and hereby directs them to submit briefing in response to Modern Bank's letter within seven (7) days of this order.

**IT IS SO ORDERED.**

Dated: June 10, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\0874cr\order re june 5 submission.wpdG:\CRBALL\2008\0874cr\order re june 5 submission.wpd