IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM J. DEL BIAGGIO,<br><br>    Defendant. | No. CR 08-00874 CRB<br><br>**SUPPLEMENTAL ORDER RE ADMINISTRATIVE MOTION TO FILE UNDER SEAL WILLIAM DEL BIAGGIO'S FINAL SENTENCING MEMORANDUM** |

The Court, having granted Defendant's Administrative Motion for an Order Sealing Mr. Del Biaggio's Sentencing Memorandum, hereby directs Defendant to file a redacted version of the Memorandum publicly, redacting only those portions of the Memorandum relating to private and confidential information about the Del Biaggio family. Defendant shall file the redacted version of the Memorandum immediately and not wait until after sentencing is complete.

**IT IS SO ORDERED.**

Dated: September 1, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\874\supp order re filing under seal.wpd